UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN RE:                                                            CHAPTER 13
TQUAN QUDIER PARKS,                  CASE NO. 23-40581-PRH
                             DEBTOR.      JUDGE PAUL R. HAGE
_____/

**TRUSTEE'S OBJECTION TO THE PROOFS OF CLAIM FILED ON BEHALF OF MICHIGAN DEPARTMENT OF TREASURY (PACER CLAIM NO. 12-3)**

       **NOW COMES** the Chapter 13 Standing Trustee in this matter, David Wm. Ruskin, and objects to the Proof of Claim filed on behalf of Michigan Department Of Treasury (PACER Claim No. 12-3), and in support thereof states as follows:

       1.      This is a core proceeding under 28 U.S.C. § 157(a)(b)(2)(B), over which this Court has jurisdiction under 28 U.S.C. § 1334.

       2.      This objection is brought pursuant to 11 U.S.C. § 502, Fed.R.Bankr.P. 3007, and Local Bankruptcy Rule 3007-1.

       3.      The proof of claim filed on behalf of Michigan Department Of Treasury (PACER Claim No. 12-3), on February 14, 2024, in the amount of $4,394.93 appears to be a duplicate claim of Michigan Department of Treasury, (PACER Claim No. 12-5), which was filed on November 6, 2024, in the amount of $4,734.34.

       **WHEREFORE**, the Chapter 13 Standing Trustee requests that this Honorable Court disallow the Proof of Claim filed on behalf of Michigan Department Of Treasury (PACER Claim No. 12-3) on February 14, 2024, in its entirety, and grant any further and other relief as this Court deems equitable and just.

                                     OFFICE OF THE CHAPTER 13 STANDING TRUSTEE,
                                       DAVID WM. RUSKIN

Dated: December 18, 2024        By: _/s/ Michelle M. Stephenson_
                                       DAVID Wm. RUSKIN (P26803), Trustee
                                       CHRISTOPHER P. REILLY (P54168), Staff Attorney
                                       MICHELLE M. STEPHENSON (P51653), Staff Attorney
                                       1100 Travelers Tower, 26555 Evergreen Road
                                       Southfield, MI 48076-4251
                                       (248) 352-7755

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN RE:                                          CHAPTER 13
TQUAN QUDIER PARKS,            CASE NO. 23-40581-PRH
                                                                       JUDGE PAUL R. HAGE

DEBTOR.
_____/

**(PROPOSED)**
**ORDER DISALLOWING THE PROOF OF CLAIM FILED ON BEHALF OF MICHIGAN DEPARTMENT OF TREASURY**
**(PACER CLAIM NO. 12-3)**

       This matter came before the Court on the Objection to Proof of Claim filed by the Chapter 13 Standing Trustee (the "Claim Objection"; ECF No. ____) to Proof of Claim of Michigan Department Of Treasury (the "Claim"). Required parties were served with the Claim Objection and notice of the deadline for responses thereto. No response to the Claim Objection was timely filed and a certification of no response has been filed. The Court has reviewed the claim and the Claim Objection and is advised in the premises.

       IT IS HEREBY ORDERED that the Proof of Claim filed on behalf of Michigan Department Of Treasury (PACER Claim No. 12-3) on February 14, 2024, in the amount of $4,394.93 is disallowed.

EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

| | |
|---|---|
| IN RE:<br>TQUAN QUDIER PARKS,<br>　　　　　　　　　DEBTOR. | CHAPTER 13 Proceeding<br>CASE NO. 23-40581-PRH<br>JUDGE PAUL R. HAGE |

AKA or DBA (if any:
Tquan Q. Parks
Tquan Parks

Address(es):
20872 Marvindale St
Clinton Township, MI 48035-0000

Social Security Number(s):
XXX-XX-7659

Employer's Tax Identification (EIN) No(s). (if any):
_____/

## NOTICE OF OBJECTION TO CLAIM FILED ON BEHALF OF MICHIGAN DEPARTMENT OF TREASURY (PACER CLAIM NO. 12-3)

The Chapter 13 Standing Trustee has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or disallowed.** **You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to deny or change your claim, then on or before February 13, 2025, you or your lawyer must:

1. File with the court a written response to the objection, explaining your position, at:

　　　　U.S. Bankruptcy Court
　　　　211 W. Fort Street, Suite 2100
　　　　Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:

Kostopoulos & Associates Pllc, 31201 Chicago Road South, Suite C-102 Warren, MI 48093-0000
David Wm. Ruskin, 26555 Evergreen Rd., Ste 1100, Southfield, MI 48076
MICHIGAN DEPARTMENT OF TREASURY, BANKRUPTCY UNIT, PO BOX 30168, LANSING, MI 48909
Moe Freedman, 3030 W. Grand Blvd., Ste 10-200, Detroit, MI 48202

2. Attend the hearing on the objection, scheduled to be held on February 20, 2025, at 10:00 a.m., in Courtroom 1925, United States Bankruptcy Court, 211 W. Fort Street, Detroit, Michigan, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

　　　　　　　　　　　OFFICE OF THE CHAPTER 13 STANDING TRUSTEE,
　　　　　　　　　　　DAVID WM. RUSKIN

Dated: December 18, 2024　　　By: _/s/ Michelle M. Stephenson_
　　　　　　　　　　　DAVID Wm. RUSKIN (P26803), Trustee
　　　　　　　　　　　CHRISTOPHER P. REILLY (P54168), Staff Attorney
　　　　　　　　　　　MICHELLE M. STEPHENSON (P51653), Staff Attorney
　　　　　　　　　　　1100 Travelers Tower, 26555 Evergreen Road
　　　　　　　　　　　Southfield, MI 48076-4251
　　　　　　　　　　　(248) 352-7755

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN RE:
Tquan Qudier Parks,
                DEBTOR.
_____/

CHAPTER 13
CASE NO. 23-40581-PRH
JUDGE PAUL R. HAGE

### CERTIFICATE OF SERVICE OF TRUSTEE'S OBJECTION TO THE PROOF OF CLAIM FILED ON BEHALF OF MICHIGAN DEPARTMENT OF TREASURY (PACER CLAIM NO. 12-3)

    I hereby certify that on December 18, 2024, I electronically filed the Trustee's Objection to the Proof of Claim filed on behalf of Michigan Department Of Treasury (PACER Claim No. 12-3) With (Proposed) Order Disallowing the Proof of Claim filed on behalf of Michigan Department Of Treasury (PACER Claim No. 12-3), Notice of Objection to Claim filed on behalf of Michigan Department Of Treasury (PACER Claim No. 12-3) and Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

    The following parties were served electronically:

        KOSTOPOULOS & ASSOCIATES PLLC
        31201 CHICAGO ROAD SOUTH, SUITE C-102
        WARREN, MI 48093-0000

    The following parties were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto:

| | |
|---|---|
| TQUAN QUDIER PARKS | MICHIGAN DEPARTMENT OF TREASURY |
| 20872 MARVINDALE ST | BANKRUPTCY UNIT |
| CLINTON TWP, MI 48035 | PO BOX 30168 |
| | LANSING, MI 48909 |

Michigan Department of Treasury, Tax Policy Division
Attn: Litigation Liaison
2nd Floor, Austin Building
430 West Allegan Street
Lansing, MI 48922

                __/s/ Jayme L. DePriest____
                Jayme L. DePriest
                For the Office of David Wm. Ruskin,
                Chapter 13 Standing Trustee-Detroit
                1100 Travelers Tower
                26555 Evergreen Road
                Southfield, MI 48076-4251
                (248) 352-7755