3153 (Rev. 01-19)



GRETCHEN WHITMER
GOVERNOR

STATE OF MICHIGAN
DEPARTMENT OF TREASURY
LANSING

RACHAEL EUBANKS
STATE TREASURER

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

In re: TQUAN PARKS
20872 MARVINDALE ST
CLINTON TOWNSHIP, MI 48035

Case No.: 23-40581
Chapter: 13
Honorable: MLO

Debtor

## WITHDRAWAL OF REQUEST FOR PAYMENT OF CLAIMS

The State of Michigan, Department of Treasury, hereby withdrawals its request for payment of the following claims:

| | Claim No. | Amount |
|---|---|---|
| Secured: | | $ |
| Priority: | 12-4 | $ 2905.23 |
| Unsecured: | 12-4 | $ 1829.11 |
| Administrative: | | $ |

Total to be withdrawn: $ 4734.34

/S/ Katina Litterini

Director
Collection Services Bureau
Michigan Department of Treasury

P.O. BOX 30443 • LANSING, MICHIGAN 48909-7943
www.michigan.gov/treasury • 517-636-5265

23-40581-prh    Doc 50    Filed 01/09/25    Entered 01/09/25 08:20:16    Page 1 of 1